IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JESSICA HUTCHINSON**                                                                                    **PLAINTIFF**

v.                                           **CASE NO. 4:20-CV-01268-BSM**

**PARKER,** *et al.*                                                                                      **DEFENDANTS**

## ORDER

This case is dismissed without prejudice because Jessica Hutchinson has failed to comply with the order [Doc. No. 2] directing her to pay the full filing fee or apply to proceed *in forma pauperis* by November 21, 2020.  *See* Local Rule 5.5(c)(2).  It is certified that an *in forma pauperis* appeal would not be taken in good faith.  *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED, this 2nd day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE