IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JESSICA HUTCHINSON**                                                                                    **PLAINTIFF**

v.                                        **CASE NO. 4:20-CV-01268-BSM**

**PARKER,** *et al.*                                                                                         **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED, this 2nd day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE